# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHELA ELIZABETH GONZALEZ,<br><br>　　　　　Defendant. | Case No. 21-CR-3510-GPC<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Gonzalo P. Curiel |

The United States of America's Motion to Dismiss the Indictment (ECF No. 1), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

Dated: April 5, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　United States District Judge